CANON, INC., Plaintiff-Appellee,

v.

GCC INTERNATIONAL LIMITED, GCC Management Limited, Gatehill International Limited, Q–Imaging (USA) Inc., and Tallygenicom LP, Defendants-Appellants.

No. 2006–1615.

United States Court of Appeals, Federal Circuit.

Jan. 25, 2008.

Before MICHEL, Chief Judge, DYK, Circuit Judge, and GARBIS, District Judge.*

PER CURIAM.

ORDER

Having considered the Petition for Rehearing, the panel grants the Petition for the limited purpose of clarifying the court's opinion. Accordingly,

* Honorable Marvin J. Garbis, Senior District Judge, United States District Court for the District of Maryland, sitting by designation.

IT IS ORDERED THAT:

The opinion issued on November 16, 2007, is vacated, and the attached revised opinion is substituted in its place.